# United States Bankruptcy Court
## Northern District of California

In re  **Lombard Flats, LLC**

Debtor(s)

Case No.  **24-30047 DM**

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Lombard Flats, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 12, 2024**

Date

**/s/ Marc Voisenat**

**Marc Voisenat 170935**

Signature of Attorney or Litigant

Counsel for **Lombard Flats, LLC**

**Law Office of Marc Voisenat**
**2329 A Eagle Avenue**
**Alameda, CA 94501**
**510-263-8755 Fax:510-272-9158**
**voisenat@gmail.com**