**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. SBN 269170
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
agraff@wrightlegal.net

Attorneys for Movant, US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>LOMBARD FLATS, LLC.<br><br>  Debtor. | Case No.: 24-30047-DM<br>Chapter: 7<br>R.S. No. ALG-1<br><br>**NOTICE OF HEARING ON MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1), (d)(2) AND (d)(4) (REAL PROPERTY)**<br><br>**HEARING:**<br>Date: May 2, 2024<br>Time: 9:30 am<br>Judge: Honorable Dennis Montali<br>**Crtrm: Zoom or AT&T Conference**<br>Location: United States Bankruptcy Court<br>        450 Golden Gate Ave., 16th Floor<br>        San Francisco, CA |

**PLEASE TAKE NOTICE THAT** a hearing on US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ("Movant") Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (the "Motion") will be heard on May 2, 2024, at 9:30 a.m. The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.

1

Notice of Hearing on Movant's Motion for Relief from the Automatic Stay
Pursuant to 11 U.S.C. §§ 362(d)(1), (d)(2), and (d)(4)

Case: 24-30047    Doc# 76    Filed: 04/10/24    Entered: 04/10/24 15:12:34    Page 1 of 2

This Motion is being made pursuant to Local Bankruptcy Rule ("LBR") 4001-1, 11 U.S.C. § 362(d), and Federal Rules of Bankruptcy Procedure ("FRBP") Rule 4001, and is based on this Notice of Motion and the grounds for relief from stay under 11 U.S.C. § 362 as set forth in the accompanying Motion, the Memorandum of Points and Authorities in Support of the Motion, and the Declaration(s) in Support of the Motion being filed concurrently herewith, the complete files and records in this action, the oral argument of counsel, if any, and such other and further evidence as the Court might deem proper.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to LBR 4001- 1(c), Movant has filed and served its Motion with at least fourteen (14) days prior to the hearing date. Any party seeking to oppose the Motion must appear personally or by counsel at the above noticed preliminary hearing and indicate the basis of the opposition. Respondents opposing the Motion are not required, but may file responsive pleadings, points and authorities or declarations for any preliminary hearing. Failure to appear at the preliminary hearing, either personally or by counsel, may deemed by the Court to be consent to the granting of the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing <u>will not</u> be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Respectfully Submitted,

**WRIGHT, FINLAY & ZAK, LLP**

Dated: April 10, 2024

By:/s/ *Arnold L. Graff*
Arnold L. Graff, Esq.
Attorneys for Movant.

2
Notice of Hearing on Movant's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)(1), (d)(2), and (d)(4)

Case: 24-30047    Doc# 76    Filed: 04/10/24    Entered: 04/10/24 15:12:34    Page 2 of 2